UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
___Northern___ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

James Scarborough,
Inmate # 042295
(Enter full name of Plaintiff)

vs.

Centurion,
A. Cordero,
Barbara Blocker,
_____,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

CASE NO: 5:18 CV270 MCR-MJF
(To be assigned by Clerk)

FILED USDC FLND PN
DEC 13 '18 PM 1:39

**I.   PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: James Scarborough
Inmate Number: 0V2295
Prison or Jail: Northwest Fla Reception center
Mailing address: 4455 Sam Mitchell Drive
Chipley Fla 32428

**II.   DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Centurion
    Official position: Medical
    Employed at: Centurion medical for DOC At Northwest Fla Reception center (Washington cI)
    Mailing address: 1593 Spring Hill Road Suite 600
    Vienna V.A. 22182

(2) Defendant's name: A Cordero
    Official position: M.D. Physical Health
    Employed at: Northwest Fla Reception center
    Mailing address: 4455 Sam Mitchell Drive
    Chipley Fla 32428

(3) Defendant's name: Barbara Blocker
    Official position: HSA (I think she Refused to Give me Her title.)
    Employed at: Northwest Fla Reception center
    Mailing address: 4455 Sam Mitchell Drive
    Chipley Fla 32428

## III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes( )      No(✓)

1.  Parties to previous action:
    (a) Plaintiff(s): NA
    (b) Defendant(s): NA
2.  Name of judge: NA    Case #: NA
3.  County and judicial circuit: NA
4.  Approximate filing date: NA
5.  If not still pending, date of dismissal: NA
6.  Reason for dismissal: NA
7.  Facts and claims of case: NA

**(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
   Yes( )      No(✓)

1.  Parties to previous action:
    a. Plaintiff(s): NA
    b. Defendant(s): NA
2.  District and judicial division: NA

  7. Facts and claims of case: _____ N A. _____

  **(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

  Yes( )    No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

 1. Parties to previous action:
  a. Plaintiff(s): _____ N A _____
  b. Defendant(s): _____ N A _____
 2. District and judicial division: _____ N A _____
 3. Name of judge: _____ N A _____ Case #: _ N A _____
 4. Approximate filing date: _____ N A _____
 5. If not still pending, date of dismissal: _____ N A _____
 6. Reason for dismissal: _____ N A _____
 7. Facts and claims of case: _____ N A _____

  **(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

  Yes( )    No(✓)

 1. Parties to previous action:
  a. Plaintiff(s): _____ N A _____
  b. Defendant(s): _____ N A _____

6. Facts and claims of case: __N A.__

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1) In 2008 A Dog Bite occurred Three Surgeries were Done on my leg at Shands Hospital in Jacksonville. A Skin Graft that was Done Then started To Reject a few years later, I was placed on Antibiotics over the years to Keep it from Becoming Infected.

2) In 2016 I was placed in Jail in Jacksonville. and was seeking Doctors about my leg. In 2017 I was sent to lake butler "from county Jail" into the prison system. for a prison sentence. Lake Butler Then sent me. to Northwest Fla Reception center (Washington CI) They placed me in the Infirmary on Antibiotic. (Antibiotics- Helps Kill the infection However this wound Does not Heal) Then placed me Shipped me Back to Lake Butler for a Surgery. Then Did not Do a Surgery then Shipped me Back to Northwest Fla Reception center (Washington CI) placed me Back on Antibiotics and 6 months later shipped me Back to Lake Butler. (All along. No Surgery Dealing with pain Saying this is Going to cost a lot of money to treat. "Medical" Not Treating The Injury Just letting it Go. on and on. Getting worse as time Goes on).

3) To Have a Surgery B+ a DR. ONG Suppose to cut Infected part out and Do a skin Graft But DR. ONG Just Tried to attach that part that's loose Back to leg over the infection. still inside my leg, and Not Removing it.

4) Then later when they Removed the stitches That part that is just Hanging There. come Apart from my leg and when it Did it Had a Foul oder of Rot. under it. with puss. "NO Healing took place".
Then lake Butler Shipped me Back to Northwest Fla. Acception center (washington CI) and was placed in the infirmary. on Antibiotics. I was Then placed after a month. Back on the compound. after Dr. Cordero. Just Gave me a 6 month Bandage change. and the way they change The Bandage is they pour saline over my leg and wipe it. Dry Then wrap with NO type of triple Antibiotic at all DR. Cordero. and Barbara. Blocker. Runs. medical Just let me Go Knowingly This is Going to Be infected.

5) Also to Mention Nurse O conner a wound care Also Dr. Gonzaleus At Lake butler Stated that DR. ONG Did not Do the Surgery at R.M.C. Lake butler Reginal medical center.

6) Also The Nurse. M'Key Stated to me. That all they are Going to Do is let it be. and when it Gets So Bad. That I cannot Handle the Pain They will cut it off that will Be cheaper

7) ALL OF This is Failure to treat and a Diliberate Indifference. with medical Knowingly Knows. that this is Going to Get worse and NO Doing Anything to Stop it.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Under the Eight (8) Admendment. I am Entitled to medical care. for serious medical needs (This is Failure to treat) Serious medical need is one that Has been Diagnoised By a Doctor. physicain as mandating treatment or one that is so obvious That a Lay person would Easily recognized the Neccessity for a Doctors Attention" Hill v. DeKalb Reg'l Youth Det. Ctr. 40 F3d 1176, 1187 (11th cir 1994) Courts usually Agree that a prisoner can show Serious medical need if the Failure to treat a prisoner's condition could result in further Significant injury or the necessary and wanton infliction of pain (Failure to treat And Disregaurd for my Health.)

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

$100,000 Dollars. And Outside Private Physician to Be treated correctly so I Do not loose my leg
$100,000 is For mental Anguish and physical Suffering Due to NON treatment NO DOL Physician to Touch me.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

10-8-2018
(Date)

James Dearborough
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the _____ day of _____, 20____.

James Scarborough # 042295
N.W. FIA. Reception Center
4455 Sam Mitchell Dr.
Chipley, FIA. 32428

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

Hasler
11/09/2018
US POSTAGE
ZIP 3242
01 1D 11654

United States Court House
30 W. Goverment St.
Panama City, FIA.
32401

RECD BY
NWFRC

CHECKED DEC 13 2018